IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RHONDA WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv675-MHT |
| | ) | (WO) |
| STEPHANIE DANIELS SMOKE, | ) | |
| individually and as a | ) | |
| member of the Elmore | ) | |
| County Commission, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff Rhonda Ward, a former employee of the Elmore County Commission, naming as defendants the commission and its members and asserting violations of her federal rights to equal protection and substantive and procedural due process in the handling of her termination appeal. She also brings a state claim for failure to train and supervise against the commission. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to

dismiss be granted and Ward's case be dismissed. Also before the court are Ward's objections to the recommendation. After an independent and de novo review of the record, the court concludes that Ward's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of December, 2015.

                 /s/ Myron H. Thompson  
                **UNITED STATES DISTRICT JUDGE**