IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RHONDA WARD,                      )
                                  )
    Plaintiff,                    )
                                  )    CIVIL ACTION NO.
    v.                            )      2:14cv675-MHT
                                  )          (WO)
STEPHANIE DANIELS SMOKE,          )
Individually and as a             )
member of the Elmore              )
County Commission,                )
et al.,                           )
                                  )
    Defendants.                   )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 35) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 33) is adopted.

(3) Defendants' motion to dismiss amended complaint (doc. no. 27) is granted.

(4) Plaintiff's federal claims for violations of

substantive and procedural due process (Count I) and equal protection (Count II) are dismissed with prejudice for failure to state a claim upon which relief can be granted.

(5) Plaintiff's state claim (Count III) is dismissed without prejudice and with leave to refile in state court.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of December, 2015.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE